

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name: Jesus Torres and Daniel Oparani v. Cheniere Energy, Inc., Sabine Pass LNG, L.P., Sabine Pass LNG-GP, LLC, and Sabine Pass Liquefaction, LLC

Appellate case number: 01-22-00659-CV

Trial court case number: 2020-47657

Trial court: 269th District Court of Harris County

Date motion filed: December 12, 2022

Party filing motion: Appellant

It is ordered that the motion for rehearing filed by appellant, Jesus Torres, is **denied**.

Judge's signature: ___/s/ Julie Countiss_____
               Acting for the Court

Panel consists of: Chief Justice Radack, Countiss, and Rivas-Molloy.

Date: _December 22, 2022_____